# UNITED STATES DISTRICT COURT
## District of Minnesota

Juan Humberto Lema Salazar,

Petitioner(s),

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons,
David Easterwood, and Eric Klang,

Respondent(s),

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-00736-SHL-DLM

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard, and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

In light of the information provided in 14 Petitioner's Status Report indicating that Petitioner's property is no longer missing, Respondents are not required to provide any further response as per 13 Order. The Clerk's Office is directed to enter judgment in favor of Petitioner and close this case.

Date: 4/27/2026

KATE M. FOGARTY, CLERK